**Kimberly LAWSON, as Mother and Next Friend of S.L., Appellant,**

v.

**DES MOINES INDEPENDENT SCHOOL DISTRICT; Mary Gordon, Individually and in her official capacity, Appellees.**

No. 09–1536.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 27, 2009.

Filed: Dec. 14, 2009.

886

Kimberly Lawson, Dallas, TX, pro se.

Andrew J. Bracken, Amanda G. Wachuta, Ahlers & Cooney, Des Moines, IA, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Kimberly Lawson appeals following the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006), we conclude that summary judgment was proper because Lawson failed to demonstrate the denial of a constitutional right. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Ross A. Walters, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).